UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 22CR00276-DSF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VINCENT MAZZOTTA, ) | ORDER MODIFYING |
| ) | DEFENDANT'S CONDITIONS |
| ) | OF RELEASE |
| Defendant. ) | |
| _____ ) | |

Good cause appearing, **IT IS HEREBY ORDERED** that Mr. Mazzotta's conditions of release be modified to permit Mr. Mazzotta to travel to and reside in, the District of Arizona while on pretrial release in this case.

**SO ORDERED.**

DATED: May 20, 2025      _____
HONORABLE DALE S. FISCHER
United States District Judge